UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22319-CIV-UNGARO

OSIRIS MARINE AND GENERAL INSURANCE
COMPANY LIMITED,

    Plaintiff,

v.

M/V EL RAMA, her engines, tackles, etc. *in rem*,
et al.,

    Defendants.

_____/

## ORDER ON MOTION TO DISMISS

THIS CAUSE is before the Court upon the Motion to Dismiss, filed by Defendant Bernuth Lines Ltd. ("Bernuth") on September 16, 2008. (D.E. 6.) Plaintiff filed its Response in opposition on September 17, 2008. (D.E. 7.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. In its Motion, Defendant Bernuth argues that Plaintiff's common law bailment claim (Count III) should be dismissed as a matter of law because Plaintiff has alleged claims under the Carriage of Goods by Sea Act, 46 U.S.C. § 30701 *et seq*. ("COGSA"). (Def.'s Mot. 1.) Defendant correctly states that where it applies, COGSA excludes all other remedies. *See Polo Ralph Lauren, L.P. v. Tropical Shipping & Const. Co.*, 215 F.3d 1217, 1220 (11th Cir. 2000). However, as Plaintiff points out, COGSA only applies to "the period from the time when the goods are loaded on to the time when they are discharged from the ship." COGSA, § 1(e). Because the parties have yet to engage in discovery, it has not been established at what point the alleged damage occurred. Thus, as it is unclear at this juncture whether COGSA applies to this matter, it would be premature to dismiss Count III. It is hereby

ORDERED AND ADJUDGED that the Motion to Dismiss (D.E. 6) is DENIED. Defendant Bernuth SHALL file an answer to the Complaint within ten (10) days of the date of

this Order.

DONE AND ORDERED in Chambers, Miami, Florida, this 18th day of September, 2008.

/s/ Ursula Ungaro
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record